

AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of _____   DEC 2 0 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

UNITED STATES OF AMERICA

V.

WILLIAM JAMES TORMA
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 4:04-CR-00034-RRB

Upon motion of the ___defendant___, it is ORDERED that a ~~detention~~ status hearing is set for ___3 Jan 2008___ * at ___8:30 am___
                                                              Date                              Time

before _____ TERRANCE W. HALL _____
                          *Name of Judicial Officer*

USDC COURTROOM #2, FAIRBANKS, ALASKA
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
              *Other Custodial Official*

**REDACTED SIGNATURE**

Date: ___20 December 2007___   _____
                                   *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.