```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __WILLIAM JAMES TORMA__ CASE NO. __4:04-CR-00034-RRB__
Defendant: _X_ Present  _X_ In Custody  __On Summons  __On Bond

BEFORE THE HONORABLE:____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER:___BERILL BLAIR_____

UNITED STATES' ATTORNEY:_BRYAN SCHRODER- TELEPHONIC_____

DEFENDANT'S ATTORNEY:____MIKE DIENI- TELEPHONIC_____

U.S.P.O.:__              TONI OSTANIK_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE.
Held: December 20, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:38 a.m. court convened.

_X_ Copy of Petition given to defendant. _X_ Waived reading.

_X_ Financial Affidavit given to Defendant.

_X_ Copy of Bail Revocation Report given to Defendant.

_X_ Defendant **SWORN**. Stated true name: WILLIAM JAMES TORMA.

_X_ Defendant testified re: Defendant's financial status.
    _X_ Federal Public Defender Accepted Appointment.

_X_ Defendant advised of charges and maximum penalties.

_X_ Defendant advised of general rights.

At 9:50 a.m. court recessed until 10:14 a.m.

_X_ Defendant **DENIED** allegations __1-4 of the Petition to Revoke Supervised Release.__

At 10:18 a.m. court recessed until 10:27 a.m.

CONTINUED ON PAGE 2

DATE:___December 21, 2007_____  DEPUTY CLERK'S INITIALS:_bsb_

```
        CONTINUED MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
                     USA v. WILLIAM JAMES TORMA
                         4:04-CR-00034-RRB
                         December 20, 2007
        Initial Appearance on Petition to Revoke Supervised Release
```

X Defendant consented to proceed before a U.S. Magistrate Judge in his evidentiary hearing.

NOTE: Consent to Proceed before a United States Magistrate Judge in an Evidentiary Hearing RE: Violation(s) of Supervised Release form **FILED**.

X Defendant detained. Status hearing set for **January 3, 2008 at 8:30 a.m.** before U.S. Magistrate Judge Hall in Fairbanks, Alaska.

X Order of Temporary Detention Pending Hearing **FILED**.

At 10:33 a.m. court adjourned.

DATE:   December 21, 2007          DEPUTY CLERK'S INITIALS: bsb