AO 442  (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA



RECEIVED
DEC 21 2007
CLERK, U.S. [DISTRICT] COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

Russell Dean Cronce

**WARRANT FOR ARREST**

Case Number:  3:06-CR-00027-01-RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Russell Dean Cronce _____
                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release    ☐ Probation           ☒ Supervised Release   ☐ Violation Notice
   Violation Petition    Violation Petition      Violation

charging him or her with  (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| Ralph R. Beistline | REDACTED SIGNATURE |
| Name of Issuing Officer | Signature of Issuing Officer  12/17/07 |
| U.S. District Court Judge | Anchorage |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at  1220 LILAC ST. KENAI, AK

| DATE RECEIVED 12/17/07 | NAME AND TITLE OF ARRESTING OFFICER  DAVID LONG  SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/19/07 | | |