```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.   WILLIAM JAMES TORMA      CASE NO. 4:04-CR-00034-RRB
Defendant: X Present   X In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE:             TERRANCE W. HALL

DEPUTY CLERK/RECORDER:            BERILL BLAIR
UNITED STATES' ATTORNEY:          BRIAN SCHORDER-TELEPHONIC

DEFENDANT'S ATTORNEY:             MJ HADEN-TELEPHONIC

U.S.P.O.:                         MARCI LUNDGREN
```

PROCEEDINGS: STATUS CONFERENCE
Held: January 3, 2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:34 a.m. court convened.

X Court and counsel heard re agreement.

X Defendant **SWORN**. Stated true name: WILLIAM JAMES TORMA.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant **ADMITTED** violations  3 and 4 of the Petition.

X Defendant to remain in custody pending sentencing hearing.

X Government made **ORAL MOTION** to dismiss violations 1 and 2 of the Petition: **GRANTED**.

At 8:43 a.m. court adjourned.

DATE: January 4, 2008    DEPUTY CLERK'S INITIALS:   bsb