MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>WILLIAM JAMES TORMA</u>   CASE NO. <u>4:04-CR-00034 RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:                <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:               <u>LYNN GROVES-KELLEY</u>

UNITED STATES' ATTORNEY:             <u>STEPHEN COOPER FOR BRYAN SCHRODER</u>

DEFENDANT'S ATTORNEY:                <u>M.J. HADEN</u>

U.S.P.O.:                            <u>TONI OSTANIK</u>

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
SUPERVISED RELEASE                          HELD: 03/07/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

<u>X</u> Defendant advised of general rights

<u>X</u> Defendant **ADMITTED** allegations <u>1, 2, 3 & 4 OF THE PETITION</u>

<u>X</u> FINAL DISPOSITION HEARING:

   <u>X</u> Supervised Release revoked.

   <u>X</u> Defendant imprisoned for a period of <u>6 MONTHS WITH CREDIT FOR TIME SERVED</u>

<u>X</u> Defendant to serve term of supervised release for a period of <u>10 MONTHS</u> under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

<u>X</u> OTHER: <u>ALL OTHER CONDITIONS IN THE ORIGINAL JUDGMENT REMAIN IN EFFECT</u>

At 10:38 a.m. court adjourned.


DATE: <u>March 7, 2008</u>         DEPUTY CLERK'S INITIALS: <u>LGK</u>

Revised 6-18-07