**\*\*\*AMENDED\*\*\***
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _WILLIAM JAMES TORMA_    CASE NO. _4:04-CR-00034 RRB_____
Defendant: _X__Present_X__In Custody

BEFORE THE HONORABLE:_____RALPH R. BEISTILNE_____

DEPUTY CLERK/RECORDER:_____LYNN GROVES-KELLEY_____

UNITED STATES' ATTORNEY:___STEPHEN COOPER FOR BRYAN SCHRODER___

DEFENDANT'S ATTORNEY:_____M.J. HADEN_____

U.S.P.O.:_____TONI OSTANIK_____

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
SUPERVISED RELEASE                          HELD:03/07/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

_X_FINAL DISPOSITION HEARING:

_X_Supervised Release revoked.

_X_Defendant imprisoned on his admissions to \*\*allegations 3 and
4 of the petition for a period of_6 months with credit for time___
_served.

_X_Defendant to serve term of supervised release for a period of
_10 months_ under the usual terms and conditions with special
conditions of supervised release as stated in the judgment.

_X_OTHER: \*\*Special conditions to reside at the halfway house,
obtain substance abuse treatment, obtain mental health
counseling, work release and abide by all other conditions
imposed in original judgment.

At 10:38 a.m. court adjourned.

DATE:_March 7, 2008_____    DEPUTY CLERK'S INITIALS:___LGK_____
Revised 6-18-07