**RECEIVED**
MAY 07 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2nd AMENDED JUDGMENT IN A CRIMINAL CASE |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| WILLIAM JAMES TORMA | (Original Judgment filed 4/6/2005) |
| | Case Number: 4:04-CR-00034 RRB |
| | M.J. HADEN |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on November 13, 2007 accusing defendant of 4 violations of the conditions of supervision provided in the original judgment. **Defendant ADMITTED allegations 3 and 4 of the Petition. Allegations 1 and 2 DISMISSED. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 3 | 3 | Failed to Follow Instructions of PO | 10/27/2007 | C |
| 4 | 2 | Fail to Report to PO | 11/1-5/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 7, 2008
Date of Disposition Hearing

/s/ RALPH R BEISTLINE
Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

May 7, 2008
Date

AO245.REV

Defendant: WILLIAM JAMES TORMA                2nd Amended Judgment--Page 2 of 3
Case No.: 4:04-CR-00034 RRB

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months with credit for time served.

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
          [_]   at _____ a.m. / p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
          [_]   before 2 p.m. on _____.
          [_]   as notified by the United States Marshal.
          [_]   as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
      Deputy Marshal

AO245.REV

Defendant: WILLIAM JAMES TORMA                2nd Amended Judgment--Page 3 of 3
Case No.: 4:04-CR-00034 RRB

**SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release [XX] is modified as follows:
10 (ten) months supervised release with the following special conditions:

1. Upon release from imprisonment, the defendant shall reside at a Community Corrections Facility for a period of 4 months. The defendant shall abide by the rules and regulations of the facility. Defendant shall be eligible for work release.

2. The defendant shall participate in a program approved by the United States Probation officer for substance abuse treatment which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs.

3. The defendant shall participate in and fully comply with a mental health treatment program to be approved by the United States Probation Office.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV